

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2014

No. 04-14-00002-CR

Ray Lee **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 12-03-0066-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The reporter's record was due January 31, 2014. The court reporter has filed a notification of late reporter's record requesting a sixty-day extension. We GRANT the request and ORDER the reporter's record to be filed by April 1, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2014.

Keith E. Hottle
Clerk of Court